LENA KOPETZKY, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

*Kopetzky* v. *Metropolitan El. R. Co.*, 14 Misc. Rep. 311, affirmed.
(Argued April 21, 1899; decided May 12, 1899.)

APPEAL from a judgment of the General Term of the late Court of Common Pleas for the city and county of New York, entered November 13, 1895, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Edward C. James, Julien T. Davies, Alfred A. Wheat* and *Charles A. Gardiner* for appellants.

*Frank S. Black, Abraham Gruber* and *Ralph Shaw* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.